**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        jglatt@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON WALLACE, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>        v.<br><br>UNITED NATURAL FOODS, INC.,<br><br>                                        Defendant. | Case No. 2:24-cv-02280-DAD-JDP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 2:24-CV-02280-DAD-JDP

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff Sharon Wallace hereby dismisses, *with prejudice*, her claims against Defendant United Natural Foods, Inc.  Claims by the putative class members are dismissed *without* prejudice.  Each party shall bear its own costs.

Dated:  October 21, 2024                    **BURSOR & FISHER, P.A**.

By:    */s/ L. Timothy Fisher*
                 L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
          jglatt@bursor.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL                                                     1
CASE NO. 2:24-CV-02280-DAD-JDP